**MANDATE**

N.Y.S.D. Case #
11-cv-5580(JPO)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of April, two thousand and thirteen,

_____

Stacey B. Fishbein, On Behalf of Herelf and all others similarly situated, Russell Marchewka, on behalf of herself and all others similarly situated, Catalina Saldarriaga, on behalf of herself and all others similarly situated, Katrina Garcia, on behalf of herself and all others similarly situated,

    Plaintiffs - Appellees,

v.

All Market Inc., DBA Vita Coco,

    Defendant - Appellee,

v.

Tim Blanchard,

    Objector - Appellant.

_____

ORDER
Docket No. 12-3892

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 26, 2013

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/26/2013